

| | | | |
|---|---|---|---|
| State v. Shak | 16580 | 12/21/94 | Affirmed |
| Gray v. A.J. Lopez Sons, Inc. | 16273 | 12/21/94 | Affirmed |
| State v. Shak | 16660 | 12/22/94 | Affirmed |
| Robinson, Ferrara & Chun v. Thomason | 16385 | 12/22/94 | Affirmed |
| State v. Harmon | 17907 | 12/23/94 | Affirmed |
| State v. Chrisman | 16237 | 1/09/95 | Reversed |
| State v. Silva | 16407 | 1/12/95 | Affirmed in part, Vacated in part and Remanded |
| State v. Kabaluk | 16756 | 1/18/95 | Affirmed |
| State v. Miller | 18023 | 1/18/95 | Affirmed |
| State v. Antonio | 16567 | 1/18/95 | Affirmed |
| State v. Namahoe | 17979 | 1/27/95 | Affirmed |

| | | | |
|---|---|---|---|
| Dawes v. First Ins. Co. of Hawai'i, Ltd. | 15457 | 11/1/94 | Denied | 77 Hawai'i 117, 883 P.2d 38 |
| Makaneole v. Pacific Ins. Co., Ltd. | 15234 | 1/4/95 | Denied | 77 Hawai'i 417, 886 P.2d 754 |
| Montalvo v. Lapez; Montalvo v. Makekau | 16913 | 11/29/94 | Denied | 77 Hawai'i 282, 884 P.2d 345 |
| O'Connor v. Diocese of Honolulu | 17546 | 12/8/94 | Denied | 77 Hawai'i 383, 885 P.2d 361 |

| | | | |
|---|---|---|---|
| Darcy v. Lolohea | 16781 | 12/19/94 | Denied | 77 Hawai'i 422, 886 P.2d 759 |
| Lee v. Elbaum | 15353 | 1/26/95 | Dismissed | 77 Hawai'i 446, 887 P.2d 656 |
| Smith v. State, Dept. of Labor and Industrial Relations | 17215 | 12/22/94 | Granted | —— Hawai'i ——, —— P.2d —— |
| State v. Cabral | 16252 | 11/8/94 | Denied | 77 Hawai'i 216, 883 P.2d 638 |
| State v. Chen | 16374 | 11/28/94 | Denied | 77 Hawai'i 329, 884 P.2d 392 |
| State v. Mataka | 16909 | 12/23/94 | Granted | —— Hawai'i ——, —— P.2d —— |
| Toro v. State | 17163 | 12/8/94 | Denied | 77 Hawai'i 340, 884 P.2d 403 |